UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**NORMA JEAN SOROE** **PLAINTIFF**

V.     CIVIL ACTION NO.1:07CV134 LTS-RHW

**STATE FARM FIRE AND CASUALTY COMPANY**
**and KELLY CANNON, ET AL.**     **DEFENDANTS**

## ORDER DENYING MOTION TO CONSOLIDATE

The Court has before it the motion [4] of the plaintiffs to consolidate eleven cases for purposes of determining subject matter jurisdiction. All of these cases have been removed from state court. Defendants oppose this proposed consolidation.

I have looked at the record in these cases, and I find that the issues in the motions pending in these cases are very particularized. The key factual issues are not susceptible to resolution en masse. The merits of the motions pending in these cases depend on the particular allegations of the complaint and the supporting documentation. These motions can only be decided individually and after careful consideration of the merits of each motion.

Accordingly, it is hereby

**ORDERED**

That the plaintiffs' Motion To Consolidate is **DENIED**; and

**SO ORDERED** this 10th day of March, 2008.

s/ L. T. Senter, Jr.
L. T. SENTER, JR.
SENIOR JUDGE